IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JENNIFER MARIE CLARK,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D23-198
LT Case No. 10-2022-CF-00472

Decision filed May 23, 2023

Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Jessica J. Yeary, Public Defender, and
Jasmine R. Dixon, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Michael McDermott, Senior Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, EISNAUGLE and KILBANE, JJ., concur.